# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LINDA AGOSTINELLI,<br><br>Respondent<br><br>v.<br><br>JAMES C. EDWARDS, JON D. EDWARDS, AND LETWO VENTURES, LLC,<br><br>Petitioners<br><br>_____<br><br>JAMES C. EDWARDS AND JON D. EDWARDS,<br><br>Petitioners<br><br>v.<br><br>EDWARD D. AGOSTINELLI, SR., AND LINDA AGOSTINELLI, AND JCE, INC.,<br><br>Respondents | : No. 698 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.